NUMBER 13-03-670-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

KENNETH RAY KNOX,                                                      Appellant,

v.

SANDRA KAY KNOX,                                                         Appellee.
________________________________________________________

On appeal from the 36th District Court 
of San Patricio County, Texas
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza
Opinion Per Curiam

         Appellant, KENNETH RAY KNOX, attempted to perfect an appeal from a
judgment entered by the 36th District Court of San Patricio County, Texas, in cause
number S-01-5208FL-A. Judgment in this cause was signed on July 2, 2003. An
untimely motion for new trial was filed on September 29, 2003. Pursuant to Tex. R.
App. P. 26.1, appellant’s notice of appeal was due on August 1, 2003, but was not
filed until October 29, 2003. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
 
                                                                                 PER CURIAM


Opinion delivered and filed this
the 12th day of February, 2004.